# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by NOBU CORP., NOBU ASSOCIATES, L.P., NOBU NEXT DOOR, LLC, and NOBU 57 LLC, and related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Jill Wolter_
Full Legal Name (Print)

_[signature]_
Signature

_08/07/2007_
Date