Batts, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ALISA AGOFONOVA and AARON POU
on behalf of themselves and all others
similarly situated,

        Civil Action No.: 07 CIV 6926 (DAB)

        Plaintiffs,

        **STIPULATION**

        v.

NOBU CORP.; NOBU ASSOCIATES,
L.P.; NOBU NEXT DOOR, LLC; NOBU
57 LLC; DREW NIEPORENT and
RICHARD NOTAR,

        Defendants.
-----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, that:

    a.    Defendants' undersigned counsel is authorized to accept service of the Complaint for all named Defendants; and

    b.    Defendants shall have until September 28, 2007 to answer, move or otherwise respond thereto.

Dated: New York, New York
       August 9, 2007

| JOSEPH & HERZFELD LLP | FOX ROTHSCHILD, LLP |
|---|---|
| By: _/s/_ D. Maimon Kirschenbaum (DK-2338) | By: Carolyn D. Richmond (CR-0993) |
| Charles E. Joseph (CJ-9442)<br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640<br>(212) 688-2548 (fax)<br>Attorneys for Plaintiffs, the FLSA Collective Plaintiffs and the Proposed Class | 100 Park Avenue<br>Suite 1500<br>New York, New York, 10017<br>(212) 878-7983<br><br>Attorneys for Defendants |

SO ORDERED:

_____
Hon. Deborah A. Batts

NY1 35742v1 08/09/07

**SO ORDERED**

_/s/ Deborah A. Batts_  8/10/2007
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE