<u>CONSENT TO SUE UNDER</u>
<u>FEDERAL FAIR LABOR STANDARDS ACT</u>

      I am an employee currently or formerly employed by NOBU CORP. and DREW NIEPORENT, and related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_Jose Q Cambi_
Full Legal Name (Print)

_[signature]_
Signature

_9.16.07_
Date