FOX ROTHSCHILD LLP
Carolyn D. Richmond (CR-0993)
100 Park Avenue, Suite 1500
New York, New York 10017
Phone: (212) 878-7983

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALISA AGOFONOVA and AARON POU on behalf of themselves and all others similarly situated,

                  Plaintiffs,

-against-

NOBU CORP.; NOBU ASSOCIATES, L.P.; NOBU NEXT DOOR, LLC; NOBU 57 LLC; DREW NIEPORENT and RICHARD NOTAR,

                  Defendants.

------------------------------------------------------------x

ECF CASE

07-CV-6926 (DAB)

**DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants NOBU CORP.; NOBU ASSOCIATES, L.P.; NOBU NEXT DOOR, LLC; and NOBU 57 LLC disclose that no publicly held corporation holds any of their stock.

Dated: September 28, 2007
New York, New York

FOX ROTHSCHILD LLP
*Attorneys for Defendants*

/s/ Carolyn D. Richmond
By: Carolyn D. Richmond (CR-0993)
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7983

## CERTIFICATE OF SERVICE

CAROLYN D. RICHMOND, an attorney admitted to practice in this Court, hereby states that on September 28, 2007, I caused a true and correct copy of the foregoing Defendants' Rule 7.1 Disclosure Statement to be filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>D. Maimon Kirschenbaum
>JOSEPH & HERZFELD LLP
>757 Third Avenue, 25th Floor
>New York, NY 10017

>/s/ Carolyn D. Richmond
>Carolyn D. Richmond (CR-0993)

RL1 599609v1 09/28/07