10/16/2007 14:59 ~~~~~~ ~~~~~~ PAGE 02/02
Page 1 of 1

## CONSENT TO SUE UNDER

## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by NOBU CORP.; NOBU ASSOCIATES, L.P.; NOBU NEXT DOOR, LLC; NOBU 57 LLC; DREW NIEPORENT and RICHARD NOTAR, and related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

VENUS VALETA TERESA SMITH
_____
Full Legal Name (Print)

_[signature]_
_____
Signature

10/16/07
_____
Date

10/16/2007