UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALISA AGOFONOVA and AARON
POU on behalf of themselves and all
others similarly situated,

                 Plaintiffs,

v.

NOBU CORP.; NOBU ASSOCIATES,
L.P.; NOBU NEXT DOOR, LLC; NOBU
57 LLC; DREW NIEPORENT and
RICHARD NOTAR,

                 Defendants.
------------------------------------------------------------x

Civil Action No.: 07 CIV 6926 (DAB)

## JOINT REPORT OF MEET AND CONFER PURSUANT TO FRCP § 26

COME NOW the parties to the above-captioned action, and pursuant to and in accordance with FRCP § 26(f), the Parties submit this report of their October 15, 2007 meeting:

1. Parties will make initial disclosures pursuant to FRCP § 26(a)(1) by November 15, 2007.

2. The discovery deadline shall be determined by the Court after a trial date is scheduled pursuant to a case management conference.

3. Data stored exclusively electronically shall be produced in the form in which it is stored. Defendants have been advised to implement adequate data preservation protocols for electronically stored data.

4. When either party is notified that privileged material has been sent inadvertently during discovery, the privileged material shall be returned immediately and the receiving party shall not retain copies of the privileged material.

Respectfully submitted,

| | |
|---|---|
| JOSEPH & HERZFELD LLP | FOX ROTHSCHILD LLP |
| By: /s/ D. Maimon Kirschenbaum (DK-2338) | By: /s/ Carolyn D. Richmond (CR-0993) |
| Charles E. Joseph (CJ-9442)<br>757 Third Avenue, 25th Fl<br>New York, NY 10017<br>Tel: (212) 688-5640<br>Fax: (212) 688-2548 | 100 Park Avenue<br>New York, New York 10017<br>Tel: (212) 878.7983<br>Fax: (212) 692.0940 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |