<u>CONSENT TO SUE UNDER
FEDERAL FAIR LABOR STANDARDS ACT</u>

I am an employee currently or formerly employed by NOBU CORP. and DREW NIEPORENT, and related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

DIAN XIANG ZHENG
Full Legal Name (Print)

*[signature]*
Signature

10/23/07
Date