## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by NOBU CORP.; NOBU ASSOCIATES, L.P.; NOBU NEXT DOOR, LLC; NOBU 57 LLC; DREW NIEPORENT and RICHARD NOTAR, and related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

EDUARDO AZARRAGA, JR
Full Legal Name (Print)

*[signature]*
Signature

10/29/07
Date