## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by NOBU CORP. and DREW NIEPORENT, and related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

GINA VANNUCCI
Full Legal Name (Print)

*Gina Vannucci*
Signature

10/24/07
Date

10/24/2007 12:01  2125312719  FEDEXKINKOS 1740  PAGE 01/01