UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ALISA AGOFONOVA and AARON POU
on behalf of themselves and all others
similarly situated,

    Plaintiffs,

v.

NOBU CORP.; NOBU ASSOCIATES, L.P.; NOBU NEXT DOOR, LLC; NOBU 57 LLC; DREW NIEPORENT and RICHARD NOTAR,

    Defendants.
-----------------------------------------------------------x

Civil Action No.: 07 CIV 6926 (DAB)

**STIPULATION**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties that Guillermo Colonel's claims against all Defendants shall be dismissed with prejudice.

Dated: New York, New York
       November 8, 2007

| JOSEPH & HERZFELD LLP | FOX ROTHSCHILD LLP |
|---|---|
| By: _____ <br> D. Maimon Kirschenbaum (DK-2338) <br><br> 757 Third Avenue, 25th Floor <br> New York, New York 10017 <br> (212) 688-5640 <br><br><br><br> *Attorneys for Plaintiff Guillermo Colonel* | By: _____ <br> Carolyn D. Richmond (CR-0993) <br><br> 100 Park Avenue <br> New York, New York 10017 <br> Tel: (212) 878.7983 <br> Fax: (212) 692.0940 <br><br> *Attorneys for Defendants* |

SO ORDERED:

_____
Deborah A. Batts
U.S.D.J.  11/15/07