CAROLYN D. RICHMOND, ESQ. (CR-0993)
ELI Z. FREEDBERG, ESQ. (EF-6854)
FOX ROTHSCHILD LLP
100 Park Avenue
Suite 1500
New York, New York 10017
(212) 878-7900

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALISA AGOFONOVA and AARON POU on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NOBU CORP., NOBU ASSOCIATES, L.P., NOBU NEXT DOOR, LLC, NOBU 57 LLC, DREW NIEPORENT, and RICHARD NOTAR,<br><br>Defendants. | **Index No: 07 CIV 6926 (DAB)** |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that Eli Z. Freedberg, Esq. of the law firm of Fox Rothschild LLP, h hereby enters his appearance as counsel for Nobu Corp., Nobu Associates, L.P., Nobu Next Door, LLC, Nobu 57 LLC, Drew Nieporent and Richard Notar (the "Defendants"), to represent them in connection with the above-captioned proceeding (the "Proceeding"). Mr. Freedberg's address and phone number are:

        Fox Rothschild LLP
        100 Park Avenue, 15th Floor
        New York, New York 10017
        Attn: Eli Z. Freedberg, Esq.
        Tel: (212) 878-7970
        Fax: (212) 692-0940
        Email: efreedberg@foxrothschild.com

Dated:   New York, New York
         February 18, 2008

        FOX ROTHSCHILD LLP
        Counsel to Defendants Nobu Corp., Nobu Associates, L.P., Nobu Next Door, LLC, Nobu 57 LLC, Drew Nieporent and Richard Notar

By: _____
        Eli Z. Freedberg (EF-6854)
        100 Park Avenue, 15th Floor
        New York, New York 10017
        (212) 878-7900

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notice of such filing to the following:

D. Maimon Kirschenbaum, Esq.
Charles Joseph, Esq.
Joseph & Herzfeld, LLP
Counsel for Plaintiffs

By: _____
E.Z. Freedberg (EF-6854)
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900