UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ALISA AGOFONOVA and AARON POU on
behalf of themselves and all others similarly    Civil Action No.: 07 CIV 6926 (DAB)
situated,

          **Plaintiffs,**    APPEARANCE

   v.

NOBU CORP.; NOBU ASSOCIATES, L.P.;
NOBU NEXT DOOR, LLC; NOBU 57 LLC;
DREW NIEPORENT and RICHARD
NOTAR,
          **Defendants.**
-------------------------------------------------------x

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for Plaintiffs Agofonova, *et al*.

   I certify that I am admitted to practice in this court.

Dated: New York, New York        Respectfully submitted,
       May 12, 2008

                                                /s/ Michael D. Palmer_____
                                         Michael D. Palmer (MP-5090)
                                         JOSEPH & HERZFELD LLP
                                         757 Third Avenue, 25th Floor
                                         New York, New York 10017
                                         Tel: (212) 688-5640
                                         Fax: (212) 688-2548
                                         mpalmer@jhllp.com