# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by NOBU 57 LLC and related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

IKUKO MIZUTSUBO
Full Legal Name (Print)

*Ikuko Mizutsubo*
Signature

5/10/08
Date