## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by NOBU 57 LLC and related entities and/or individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_____PEMA   TSERING_____
Full Legal Name (Print)

_____*/s/ Pema Tsering*_____
Signature

_____05/09/08_____
Date