JOSEPH & HERZFELD LLP
D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
Michael D. Palmer (MP-5090)
757 Third Avenue, 25th Floor
New York, New York 10017
Telephone:  (212) 688-5640
Facsimile:  (212) 688-2548

LAW OFFICES OF JEFFREY E. GOLDMAN
Jeffrey E. Goldman (JG-4693)
501 Fifth Avenue, Suite 1900
New York, New York 10017
Telephone:  (212) 983-8999
Facsimile: (215) 732-2496

*Attorneys for Plaintiffs Alisa Agofonova
and Aaron Pou, on behalf of themselves
and all others similarly situated*

United States District Court
Southern District of New York

| | |
|---|---|
| ALISA AGOFONOVA and AARON POU on behalf of themselves and all others similarly situated,<br><br>                    Plaintiff ,<br><br>          v.<br><br>NOBU CORP., NOBU ASSOCIATES, L.P., NOBU NEXT DOOR, LLC, NOBU 57 LLC, DREW NIEPORENT, and RICHARD NOTAR,<br><br>                    Defendants. | Index No: 07 CIV 6926 (DAB)<br><br>**JUDGE: HON. DEBORAH A. BATTS** |

## NOTICE OF MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND FINAL APPROVAL OF A CLASS ACTION SETTLEMENT

Please take notice that, upon the annexed memorandum of law and attachments thereto, Plaintiffs will move this court, before Judge Deborah A. Batts, pursuant to Rule 23 of the Federal Rules of Civil Procedure, on February 6, 2009 at 2:30 p.m., for an Order (1) granting final approval of a class action settlement, (2) certifying the settlement class, (3) awarding Class

1

Counsel's attorneys' fees and costs, (4)  approving the incentive awards requested, and (5) granting such other relief as the Court deems just and proper.

                                                  Respectfully submitted,

Dated: New York, New York         JOSEPH & HERZFELD LLP
       January 30, 2009

                                                  /s/ D. Maimon Kirschenbaum

                                                  D. Maimon Kirschenbaum (DK-2338)
                                                  Charles E. Joseph (CJ-9442)
                                                  Michael D. Palmer (MP-5090)
                                                  757 Third Avenue, 25th Floor
                                                  New York, NY 10017
                                                  Tel: (212) 688-5640
                                                  Fax: (212) 688-2548

                                                  LAW OFFICES OF JEFFREY E. GOLDMAN
                                                  Jeffrey E. Goldman (JG-4693)
                                                  501 Fifth Avenue, Suite 1900
                                                  New York, New York 10017
                                                  Telephone:  (212) 983-8999
                                                  Facsimile: (215) 732-2496

                                                  *Attorneys for Settlement Class*